UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

Dimerco Express (U.S.A.) Corp.,  :  ECF Case

                Plaintiff,  :  Civil Action No.: 08 CV5663 (HAB)

  -against-  :  Rule 7.1 (a) Statement

Avion Company S.p.A. and
Avion Shipping Corp. aba GR Shipping,  :

                Defendants.  :

------------------------------------------------------X

    Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Dimerco Express (U.S.A.) Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

**NONE**

Dated: June 20, 2008

                                              Respectively submitted,

                          By:        _____
                                        Henry P. Gonzalez, LL.M. (HPG 9238)
                                        **RODRIGUEZ O'DONNELL**
                                        **GONZALEZ & WILLIAMS, P.C.**
                                        1211 Connecticut Ave., N.W., Suite 800
                                        Washington, D.C. 20036
                                        (202) 973-2980  Telephone
                                        (202) 293-3307  Facsimile

                                          Attorneys for Plaintiff, Dimerco Express
                                          (U.S.A.) Corp