UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DIMERCO EXPRESS (U.S.A.) CORP.,

                    Plaintiff,      Case No.:08 CV 5663(HAB)
                                       ECF CASE

  -against-

                                        **NOTICE OF DISMISAL**
                                        **WITH PREJUDICE**

AVION COMPANY S.P.A. and
AVION SHIPPING CORP. DBA
GR SHIPPING,

                    Defendants.
-------------------------------------------------------X

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, DIMERCO EXPRESS (U.S.A.) CORP., by its undersigned attorney, hereby voluntarily dismisses its causes of action against Defendants, AVION COMPANY S.P.A. and AVION SHIPPING CORP. DBA GR SHIPPING, with prejudice as to the filing of any future action and at no cost to Defendants.

                                                Respectfully submitted,

                    By:        *[signature]*

                             Henry P. Gonzalez, LL.M. (HPG 9238)
                             **RODRIGUEZ O'DONNELL**
                             **GONZALEZ & WILLIAMS, P.C.**
                             Attorneys for Plaintiff,
                             Dimerco Express (U.S.A.) Corp.
                             1211 Connecticut Avenue, N.W., Suite 800
                             Washington, D.C. 20036
                             Telephone (202) 973-2980
                             Facsimile (202) 293-3307

Dated: August 28, 2008